**FILED**

June 22, 2011

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. MAG. 11-0176 EFB |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER FOR RELEASE OF |
| DOLF FRED PODVA, | ) | PERSON IN CUSTODY |
| Defendant. | ) | |
| | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release DOLF FRED PODVA, Case No. MAG. 11-0176-EFB  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_____   Release on Personal Recognizance

__X__   Bail Posted in the Sum of: $50,000.00.

__X__   Co-Signed Unsecured Appearance Bond

_____   Secured Appearance Bond

__X__   (Other) Conditions as stated on the record.

__X__   (Other) Unsecured bond paperwork to be filed by 07/06/11.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  6/22/2011   at 3:25pm.

By  _____
Edmund F. Brennan
United States Magistrate Judge